

# THE STATE OF TEXAS
## MANDATE

TO THE 276TH DISTRICT COURT OF MARION COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 16th day of January, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Stephen Wulff, Appellant

No. 06-14-00070-CV

v.

Trial Court No. 0900107

Jeff Fratangelo, Appellee

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Stephen Wulff, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 2nd day of April, A.D. 2015.

DEBRA K. AUTREY, Clerk